IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIL NOEL HERNANDEZ AVILA,

        Petitioner,

  v.

J.L. JAMISON, et al.,

        Respondents.

CIVIL ACTION
NO. 26-1995

## <u>ORDER</u>

**AND NOW**, this 23rd day of April 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.